IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| Plaintiff, | : | Case No. 2: 07 CR 60 TS |
| vs. | : | MAGISTRATE JUDGE DAVID NUFFER |
| SALVADOR TORRES-GARCIA, | : |  |
| Defendant. |  | JUDGE TED STEWART |

TO:   THE HONORABLE RANDALL ANDERSON, UNITED STATES MARSHAL FOR THE DISTRICT OF UTAH, TO ANY OTHER UNITED STATES MARSHAL, AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD:

**G R E E T I N G S :**

WE COMMAND that you bring the body of SALVADOR TORRES-GARCIA, now confined in the custody of the Utah Department of Corrections, Utah State Prison, Draper, Utah, before the Honorable Magistrate Judge David Nuffer, presiding at Salt Lake City, Utah, on the **6TH Day of February, at 10:00 a.m.**, and from day to day thereafter, for purposes of arraignment upon the charges pending against the defendant in the United States District Court, and in the above-entitled matter; and for final disposition at a later date; and hold the said defendant at all times in your custody as an agent of the United States of America; that immediately after the

conclusion of the proceedings and final disposition of the above-entitled matter in the United States District Court, you return the defendant to the institution where the defendant was confined, under safe and secure conduct, and have you then and there make a return upon this Writ.

DATED this _____ day of February, 2007.

BY THE COURT:

_____
DAVID NUFFER
UNITED STATES MAGISTRATE JUDGE